1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA WILL,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case Nos.  5:24-cv-09030 NC<br><br>**SUA SPONTE JUDICIAL<br>REFERRAL FOR PURPOSE OF<br>DETERMINING RELATIONSHIP** |

    In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable P. Casey Pitts for consideration of whether the case is related to 5:24-cr-00292 PCP, *United States vs. Cassie Will-Darnall.*

    **IT IS SO ORDERED.**

Dated:  December 16, 2024

NATHANAEL M. COUSINS
United States Magistrate Judge